U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

JUL - 8 2016

AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Rochelle Coleman **Plaintiff(s)**

vs.

Louis Dettor
Arlene Bradshaw
Lisa H. Blitman **Defendant(s)**
Christine Cook

Civil Case No.: 5:16-CV-834 (TJH/TWD)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☒ JURY _____ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Rochelle Coleman

   Address: 231 Lilac street
   Syracuse, NY 13208

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Louis Dettor, Arlene Bradshaw

   Official Position: County Attorneys

   Address: 421 Montgomery street
   Syracuse, NY 13202
   Floor

p Defendant, A. Blitman

106 Bradford Parkway

Syracuse, NY 13224

Re: Civil Rights
42. U.S.C. § 1983

b.   Defendant: _Arlene Bradshaw_

Official Position: _Lawyer_

Address: _501 E. Washington st # 510_
_Syracuse, NY 13202_

c.   Defendant: _Christine Cook_

Official Position: _Lawyer_

Address: _4 8 th 351 S. Warren street_
_Syracuse, NY 13202_
_# Floor_

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Louis Dettor - Retaliated against and violated my family civil, human & disability rights because of his own personal discriminations & not the Lawyer Facts.

Arlene Bradshaw - Our history in court has shown this lawyer to be very corrupt and abusive to children. She works in and for injustice and Not the best intrest of my children, Shame on her!

Lisa Blitman - Stood up and agreed know full well my children were in no harm and tried to get me to agree to let my kids go for the summer.

Christine Cook - Was a friend to the court & opposition & Failed to do her Job and object SHAME on you All!

5. **CAUSES OF ACTION** –

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

MY Family & I did not have a fair trial, the entire case was started in retaliation and fueled by corruption. I love my Kids and take of them and this court official violated my family's rights.

### SECOND CAUSE OF ACTION

The attorneys violated their code of ethics by going on the record with accusations of unsurities. In court you have to have facts and not use the court to harass and discriminate against me and my family and abuse my Kids in the process.

### THIRD CAUSE OF ACTION

These attorneys harrassed, Discriminated, threaten And took my Kids because I would not sign their un read paper work. They are evil. They hurt my Kids retaliating after me. The should never work in this field and be disbared!

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I pray that you fire these lawyers and never let them practice law in this country and pay me & my kids for the emotional & mental tourment of $3,000,000 dollars,

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/7/16

Rochelle Coleman

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010